WILLIAM A. AUSTIN, Appellant, v. LEE J. SLOCUM and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion to amend order entered March 14, 1923, by striking out the new findings made, denied.

HENRY J. SWEENEY, Respondent, v. MODERN WOODMEN OF AMERICA, Appellant.— Motion for leave to appeal to Court of Appeals granted.

HYMAN J. COHEN, Appellant, v. THE CITY OF ROCHESTER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS DEITSCH, Appellant.— Motion to amend order of reversal entered May 2, 1923 [See 205 App. Div. 446], so as to state that the reversal is upon questions of law only and that the facts have been examined and no error found therein, granted.

GOLDE CLOTHES SHOP, INC., Appellant, v. LOEW'S BUFFALO THEATRES, INC., Respondent.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

JOHN I. JOHNSON, Appellant, v. BOWERS M. PHELPS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Estate of CARRIE E. HARDING, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

IDA W. FORAN, Respondent, v. WM. H. MULLER & Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ARTHUR C. DEROIRE, as Administrator, etc., Plaintiff, v. LEHIGH VALLEY RAILROAD COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JULIA WHITTAM and Another, Respondents, v. DUNNE-McCORD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS CONDIT, Appellant.— Motion to dismiss appeal granted.

HARRY L. ALLEN, as Trustee, etc., Appellant, v. ALBERT LAKE, and Two Other Actions Brought by HARRY L. ALLEN, as Trustee, etc., against CHARLES MATHIAS and D. M. RYON, Respectively.— Motions to dismiss appeals denied, with ten dollars costs.

COLONIAL CANNING Co., INC., Respondent, v. WESLEY R. GUILE, Appellant.— Motion for stay pending appeal denied, with ten dollars costs.

In the Matter of Proving the Alleged Last Will and Testament of CHARLES BAKER, Deceased.— Motion to vacate order of dismissal and to restore appeal to calendar granted, upon condition that the appeal shall be ready for argument at the opening of the September, 1923, term of this court.

FRANK E. WONACOTT, Respondent, v. BARBARA WONACOTT, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ROBERT C. WAITE, Appellant, v. JENNIE WAITE, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

EUGENE W. WILCOX and Others, Plaintiffs, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Defendant.— Appeal dismissed, without costs, upon stipulation filed.